UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY W. PERL, | ) Case No: 1:16-cv-00196-SAB |
| Plaintiff, | ) |
| v. | ) ORDER RE STIPULATION FOR |
| | ) EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) (ECF No. 10) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before Monday, October 10, 2016

2. Defendant shall file any opposition on or before November 9, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before November 23, 2016.

IT IS SO ORDERED.

Dated: __September 22, 2016__

UNITED STATES MAGISTRATE JUDGE