UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ANTHONY W. PERL, | ) | Civil No. 1:16-cv-00196-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION TO EXTEND |
| | ) | BRIEFING SCHEDULE |
| v. | ) | |
| | ) | (ECF No. 13) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before November 30, 2016; and

2. Plaintiff's reply, if any, shall be filed on or before December 1, 2016.

IT IS SO ORDERED.

Dated:   **October 27, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-