UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ANTHONY W. PERL, | ) | Civil No. 1:16-cv-00196-SAB |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | ) | |
| | ) | (ECF No. 13) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 27, 2016, the Court issued an order regarding the parties' stipulation to extend time for briefing in this action. The Court notes that due to administrative error the date for a reply brief was incorrectly stated. Accordingly, the order issued October 27, 2016 is amended at 1:20 as follows:

    2..    Plaintiff's reply, if any, shall be filed on or before December 15, 2016.

IT IS SO ORDERED.

Dated: **November 9, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-