# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY W. PERL, | Case No. 1:16-cv-00196-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 22, 2017, the Court granted in part Plaintiff's social security appeal. (ECF No. 20.) Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to enter judgment in favor of Plaintiff Anthony W. Perl and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **May 2, 2017**

UNITED STATES MAGISTRATE JUDGE