UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. PERL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00196-SAB<br><br>ORDER RE JOINT STIPULATION TO AWARD PLAINTIFF ATTORNEY FEES [28 U.S.C. § 2412(d)]<br><br>(ECF No. 23) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded six thousand, two hundred dollars ($6,200.00) in attorney fees; and four hundred dollars ($400.00) in costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d). The award is subject to any offset under the Treasury Offset Program.

IT IS SO ORDERED.

Dated: __**July 14, 2017**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1